IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE BRIGGS,<br><br>            Plaintiff,<br><br>     vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 04-6564 REC LJO<br><br>**ORDER FOR EXTENSION TO FILE FEES MOTION**<br>(Doc. 18.) |

Counsel for plaintiff Annette Briggs ("plaintiff") seeks an extension to file a 42 U.S.C. § 406(b) attorney fees motion and an order that defendant Jo Anne B. Barnhart, Commissioner of Social Security ("defendant"), notify him of an award of benefits to plaintiff. On the basis of good cause, this Court GRANTS plaintiff's counsel an extension to file a 42 U.S.C. § 406(b) attorney fees motion of 60 days running from counsel's actual notice of the date and amount of benefits award.  Defendant need not notify plaintiff's counsel of the date and amount of benefits.

IT IS SO ORDERED.

**Dated:     December 22, 2006**                    **/s/ Lawrence J. O'Neill**
66h44d                                                              UNITED STATES MAGISTRATE JUDGE